**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Kameron Fowlkes                          CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 25-13577 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

                                              Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
25 Sep 2025, 12:13:09, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322