**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Kameron Fowlkes            CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 25-13577 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

                              Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
26 Sep 2025, 15:31:51, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 21632b1d3dc2260649deaed68c4baed260264a9568665a4bc9e11660b6395263