**GDI Facility Services**

GDI Services Inc US
24300 Southfield Rd
Ste 300
Southfield, MI 48075

**Pay Statement**

| | |
|---|---|
| Period Start Date | 06/23/2025 |
| Period End Date | 06/29/2025 |
| Pay Date | 07/03/2025 |
| Document | 811897 |
| **Net Pay** | **$939.69** |

## Pay Details

Kameron R Fowlkes
7647 Rugby Street
Philadelphia, PA 19150
USA

| | | | |
|---|---|---|---|
| Employee Number | 100000528 | Pay Group | SA6 |
| SSN | XXX-XX-XXXX | Location | 58165-THE FLYNN COMPANY |
| Job | Janitor Class 1 | Region | 110070 - PA-PH02 |
| Pay Rate | $22.09 | Department | 200068 - Operations – Direct Labor |
| Pay Frequency | Weekly | CostCenter | 458165 - 58165-THE FLYNN COMPANY |
| | | JobGroupWFM | 10002 - Union -GU |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Overtime - 1.5 | 13.166700 | $0.00 | $436.28 | $5,345.25 |
| Personal | 0.000000 | $0.00 | $0.00 | $530.16 |
| Regular Hrly | 39.999900 | $0.00 | $883.59 | $18,754.37 |
| Stat Holiday | 0.000000 | $0.00 | $0.00 | $883.60 |
| Vacation | 0.000000 | $0.00 | $0.00 | $2,650.80 |

Total Hours  53.166600

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Amer. Dream Fun | No | $2.50 | $65.00 | $0.00 | $0.00 |
| Un Dues-32BJPIT | No | $75.00 | $525.00 | $0.00 | $0.00 |
| Un. 401K-32BJ | Yes | $0.00 | $0.00 | $8.00 | $198.60 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $110.91 | $2,214.62 |
| Employee Medicare | $19.14 | $408.38 |
| Social Security Employee Tax | $81.83 | $1,746.18 |
| PA State Income Tax | $40.52 | $864.65 |
| PHILA R | $49.36 | $1,056.01 |
| PA Unemployment Employee | $0.92 | $19.70 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| No records found | | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx6092 | Checking | $939.69 |
| Total | | $939.69 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,319.87 | $1,319.87 | $302.68 | $77.50 | $939.69 |
| YTD | $28,164.18 | $28,164.18 | $6,309.54 | $590.00 | $21,264.64 |

**GDI Integrated Facility Services**

GDI Services Inc US
24300 Southfield Rd
Ste 300
Southfield, MI 48075

**Pay Statement**

| | |
|---|---|
| Period Start Date | 07/07/2025 |
| Period End Date | 07/13/2025 |
| Pay Date | 07/18/2025 |
| Document | 825678 |
| Net Pay | $967.23 |

## Pay Details

**Kameron R Fowlkes**
7647 Rugby Street
Philadelphia, PA 19150
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 100000528 | Pay Group | SA6 | |
| SSN | XXX-XX-XXXX | Location | 58165-THE FLYNN COMPANY | |
| Job | Janitor Class 1 | Region | 110070 - PA-PH02 | |
| Pay Rate | $22.09 | Department | 200068 - Operations – Direct Labor | |
| Pay Frequency | Weekly | CostCenter | 458165 - 58165-THE FLYNN COMPANY | |
| | | JobGroupWFM | 10002 - Union -GU | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Overtime - 1.5 | 11.150000 | $0.00 | $369.45 | $5,714.70 |
| Personal | 0.000000 | $0.00 | $0.00 | $530.16 |
| Regular Hrly | 40.000000 | $0.00 | $883.59 | $20,343.74 |
| Stat Holiday | 0.000000 | $0.00 | $0.00 | $1,060.32 |
| Vacation | 0.000000 | $0.00 | $0.00 | $2,650.80 |

Total Hours 51.150000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Amer. Dream Fun | No | $2.50 | $70.00 | $0.00 | $0.00 |
| Un Dues-32BJPIT | No | $0.00 | $525.00 | $0.00 | $0.00 |
| Un. 401K-32BJ | Yes | $0.00 | $0.00 | $8.00 | $214.59 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $101.24 | $2,372.64 |
| Employee Medicare | $18.17 | $439.35 |
| Social Security Employee Tax | $77.69 | $1,878.58 |
| PA State Income Tax | $38.47 | $930.21 |
| PHILA R | $46.86 | $1,135.88 |
| PA Unemployment Employee | $0.88 | $21.20 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| No records found | | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx6092 | Checking | $967.23 |
| Total | | $967.23 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,253.04 | $1,253.04 | $283.31 | $2.50 | $967.23 |
| YTD | $30,299.72 | $30,299.72 | $6,777.86 | $595.00 | $22,926.86 |

**GDI** Integrated Facility Services

GDI Services Inc US
24300 Southfield Rd
Ste 300
Southfield, MI 48075

**Pay Statement**

| | |
|---|---|
| Period Start Date | 07/14/2025 |
| Period End Date | 07/20/2025 |
| Pay Date | 07/25/2025 |
| Document | 829713 |
| **Net Pay** | **$659.03** |

## Pay Details

**Kameron R Fowlkes**
7647 Rugby Street
Philadelphia, PA 19150
USA

| | | | |
|---|---|---|---|
| Employee Number | 100000528 | Pay Group | SA6 |
| SSN | XXX-XX-XXXX | Location | 58165-THE FLYNN COMPANY |
| Job | Janitor Class 1 | Region | 110070 - PA-PH02 |
| Pay Rate | $22.09 | Department | 200068 - Operations – Direct Labor |
| Pay Frequency | Weekly | CostCenter | 458165 - 58165-THE FLYNN COMPANY |
| | | JobGroupWFM | 10002 - Union -GU |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Overtime - 1.5 | 0.000000 | $0.00 | $0.00 | $5,714.70 |
| Personal | 0.000000 | $0.00 | $0.00 | $530.16 |
| Regular Hrly | 37.733400 | $0.00 | $833.53 | $21,177.27 |
| Stat Holiday | 0.000000 | $0.00 | $0.00 | $1,060.32 |
| Vacation | 0.000000 | $0.00 | $0.00 | $2,650.80 |

Total Hours  37.733400

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Amer. Dream Fun | No | $2.50 | $72.50 | $0.00 | $0.00 |
| Un Dues-32BJPIT | No | $0.00 | $525.00 | $0.00 | $0.00 |
| Un. 401K-32BJ | Yes | $0.00 | $0.00 | $7.55 | $222.14 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $50.90 | $2,423.54 |
| Employee Medicare | $12.08 | $451.43 |
| Social Security Employee Tax | $51.68 | $1,930.26 |
| PA State Income Tax | $25.59 | $955.80 |
| PHILA R | $31.17 | $1,167.05 |
| PA Unemployment Employee | $0.58 | $21.78 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| No records found | | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx6092 | Checking | $659.03 |
| Total | | $659.03 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $833.53 | $833.53 | $172.00 | $2.50 | $659.03 |
| YTD | $31,133.25 | $31,133.25 | $6,949.86 | $597.50 | $23,585.89 |

**GDI Integrated Facility Services**

GDI Services Inc US
24300 Southfield Rd
Ste 300
Southfield, MI 48075

**Pay Statement**

| | |
|---|---|
| Period Start Date | 07/28/2025 |
| Period End Date | 08/03/2025 |
| Pay Date | 08/08/2025 |
| Document | 845445 |
| Net Pay | $1,070.07 |

## Pay Details

**Kameron R Fowlkes**
7647 Rugby Street
Philadelphia, PA 19150
USA

| | | | |
|---|---|---|---|
| Employee Number | 100000528 | Pay Group | SA6 |
| SSN | XXX-XX-XXXX | Location | 58165-THE FLYNN COMPANY |
| Job | Janitor Class 1 | Region | 110070 - PA-PH02 |
| Pay Rate | $22.09 | Department | 200068 - Operations – Direct Labor |
| Pay Frequency | Weekly | CostCenter | 458165 - 58165-THE FLYNN COMPANY |
| | | JobGroupWFM | 10002 - Union -GU |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Overtime - 1.5 | 15.800000 | $0.00 | $523.53 | $6,498.34 |
| Personal | 0.000000 | $0.00 | $0.00 | $530.16 |
| Regular Hrly | 40.000000 | $0.00 | $883.60 | $22,944.46 |
| Stat Holiday | 0.000000 | $0.00 | $0.00 | $1,060.32 |
| Vacation | 0.000000 | $0.00 | $0.00 | $2,650.80 |

Total Hours 55.800000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Amer. Dream Fun | No | $2.50 | $77.50 | $0.00 | $0.00 |
| Un Dues-32BJPIT | No | $0.00 | $600.00 | $0.00 | $0.00 |
| Un. 401K-32BJ | Yes | $0.00 | $0.00 | $8.00 | $238.14 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $130.11 | $2,641.77 |
| Employee Medicare | $20.40 | $488.42 |
| Social Security Employee Tax | $87.24 | $2,088.41 |
| PA State Income Tax | $43.20 | $1,034.11 |
| PHILA R | $52.63 | $1,262.45 |
| PA Unemployment Employee | $0.98 | $23.56 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| No records found | | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx6092 | Checking | $1,070.07 |
| Total | | $1,070.07 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,407.13 | $1,407.13 | $334.56 | $2.50 | $1,070.07 |
| YTD | $33,684.08 | $33,684.08 | $7,538.72 | $677.50 | $25,467.86 |

**GDI Integrated Facility Services**

GDI Services Inc US
24300 Southfield Rd
Ste 300
Southfield, MI 48075

**Pay Statement**

| | |
|---|---|
| Period Start Date | 08/04/2025 |
| Period End Date | 08/10/2025 |
| Pay Date | 08/15/2025 |
| Document | 850530 |
| **Net Pay** | **$953.05** |

## Pay Details

**Kameron R Fowlkes**
7647 Rugby Street
Philadelphia, PA 19150
USA

| | | | |
|---|---|---|---|
| Employee Number | 100000528 | Pay Group | SA6 |
| SSN | XXX-XX-XXXX | Location | 58165-THE FLYNN COMPANY |
| Job | Janitor Class 1 | Region | 110070 - PA-PH02 |
| Pay Rate | $22.09 | Department | 200068 - Operations – Direct Labor |
| Pay Frequency | Weekly | CostCenter | 458165 - 58165-THE FLYNN COMPANY |
| | | JobGroupWFM | 10002 - Union -GU |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Overtime - 1.5 | 10.566700 | $0.00 | $350.13 | $6,848.47 |
| Personal | 0.000000 | $0.00 | $0.00 | $530.16 |
| Regular Hrly | 39.999900 | $0.00 | $883.60 | $23,828.06 |
| Stat Holiday | 0.000000 | $0.00 | $0.00 | $1,060.32 |
| Vacation | 0.000000 | $0.00 | $0.00 | $2,650.80 |

Total Hours 50.566600

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Amer. Dream Fun | No | $2.50 | $80.00 | $0.00 | $0.00 |
| Un Dues-32BJPIT | No | $0.00 | $600.00 | $0.00 | $0.00 |
| Un. 401K-32BJ | Yes | $0.00 | $0.00 | $8.00 | $246.14 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $98.92 | $2,740.69 |
| Employee Medicare | $17.89 | $506.31 |
| Social Security Employee Tax | $76.49 | $2,164.90 |
| PA State Income Tax | $37.88 | $1,071.99 |
| PHILA R | $46.14 | $1,308.59 |
| PA Unemployment Employee | $0.86 | $24.42 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| No records found | | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx6092 | Checking | $953.05 |
| Total | | $953.05 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,233.73 | $1,233.73 | $278.18 | $2.50 | $953.05 |
| YTD | $34,917.81 | $34,917.81 | $7,816.90 | $680.00 | $26,420.91 |