UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNYSLVANIA

In Re:

**KAMERON FOWLKES**

                                                 **Chapter 13**

**Debtor**                                         **Case No. 25-13577**

---

### ENTRY AND WITHDRAW OF APPEARANCE

To the Clerk:

    Kindly enter my appearance on behalf of Kameron Fowlkes in the above referenced Chapter 13 case.

                                   BY: /s/ Christopher G. Cassie
                                       CHRISTOPHER G. CASSIE, ESQUIRE
                                       SPEAR WILDERMAN, P.C.
                                       230 S. Broad Street, Ste. 1650
                                       Philadelphia, PA 19102
                                       (215) 732-0101
                                       (215) 732-7790
                                       ccassie@spearwilderman.com

    Kindly withdraw my appearance on behalf of Kameron Fowlkes in the above referenced Chapter 13 case.

                                   BY:/s/ Akeem J. Parsons
                                       AKEEM J. PARSONS, ESQUIRE
                                       SPEAR WILDERMAN, P.C.
                                       230 S. Broad Street, Ste. 1650
                                       Philadelphia, PA 19102
                                       (215) 732-0101
                                       (215) 732-7790
                                       aparsons@spearwilderman.com