**IN THE UNITED STATES BANKRUPTY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

        Chapter 13

KAMERON FOWLKES

Debtor         Case No.: 25-13577

**CERTIFICATE OF SERVICE**

I, HOLLY K. BANKS, Paralegal for Christopher G. Cassie, in the instant case, hereby certify that on the 30th day of January , 2026, I did serve a copy of the Amended Schedule I via regular mail and electronic notice on the following individuals:

Kenneth E. West
Chapter 13 Standing Trustee
190 N. Independence Mall West
Ste. 701
Philadelphia, PA  19106

Office of the United States Trustee
900 Market Street, Ste. 320
Philadelphia, PA  19107

US Department of Housing and Urban Development
The Strawbridge Building
801 Market Street. 12th Floor
Philadelphia, PA  19107

Capital One, NA
4515 N. Santa Fe Avenue
Oklahoma City, OK  73118

Scolopax, LLC
C/O Weinstein & Riley, P.S.
749 Gateway, Ste. G-601
Abilene, TX  79602

LVNV Funding, LLC
Resurgent Capital Services
P.O. Box 10587
Greenville, SC  29603

PHFA
211 North Front Street
Harrisburg, PA  17101

Discover Card
P.O. Box 30939
Salt Lake City, UT  84130

TDRCS/Raymour and Flanigan
1000 Macarthur Blvd.
Mahwah, NJ  07430


Date:  January 30, 2026	BY:/s/ Holly K, Banks
	HOLLY K. BANKS, PARALEGAL
	SPEAR WILDERMAN, P.C.
	230 S. Broad Street, Ste. 1650
	Philadelphia, PA  19102
	(215) 732-0101
	(215) 7342-7790 (fax)
	hbanks@spearwilderman.com
	Paralegal to Christopher G. Cassie
	Attorney for Debtor