## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Kameron Fowlkes

                     Debtor(s)

PENNSYLVANIA HOUSING FINANCE AGENCY,
its successors and/or assigns

                     Movant

      vs.

Kameron Fowlkes

                     Debtor(s)

Kenneth E. West

                     Trustee

CHAPTER 13

NO. 25-13577 AMC

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of PENNSYLVANIA HOUSING FINANCE

AGENCY, which was filed with the Court on or about **October 30, 2025**.


Dated: February 23, 2026

                     Respectfully submitted,


                     /s/Matthew Fissel
                     Matthew Fissel, Esq.
                     KML Law Group, P.C.
                     BNY Mellon Independence Center
                     701 Market Street, Suite 5000
                     Philadelphia, PA  19106
                     Phone: (215)-627-1322
                     mfissel@kmllawgroup.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Kameron Fowlkes**<br>                    **Debtor(s)**<br><br>**PENNSYLVANIA HOUSING FINANCE AGENCY**<br>                    **Movant**<br>          **vs.**<br><br>**Kameron Fowlkes**<br>                    **Respondent(s)** | CHAPTER 13<br>BK. NO. 25-13577 AMC |

**CERTIFICATION OF SERVICE**

I, the undersigned, hereby certify that the foregoing Praecipe to Withdraw was served by first

class mail, postage pre-paid, upon the parties listed below on **February 23, 2026**.

Kenneth E. West (via ECF)
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

AKEEM J. PARSONS (via ECF)
Akeem J. Parsons - Attorney At Law
PO Box 12418
Philadelphia, PA 19151

Kameron Fowlkes
7647 Rugby Street
Philadelphia, PA 19150

Date: February 23, 2026

By: /s/ Matthew Fissel
Matthew Fissel, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Phone: (215) 627-1322 Fax: (215) 627-7734
Attorneys for Movant/Applicant
bkgroup@kmllawgroup.com