*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                            )
    Kameron Fowlkes             )        Case No. 25–13577–amc
                            )
                            )
    Debtor(s).                 )        Chapter: 13
                            )
                            )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

      **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

      **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

      **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

      **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: February 24, 2026                For The Court

                                              Ashely M. Chan
                                              Chief Judge, United States Bankruptcy Court