United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                    Case No. 25-13577-amc

Kameron Fowlkes                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                     User: admin                          Page 1 of 2

Date Rcvd: Mar 03, 2026                  Form ID: 155                         Total Noticed: 14

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Kameron Fowlkes, 7647 Rugby Street, Philadelphia, PA 19150-2609 |
| 15054960 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, c/o MATTHEW K. FISSEL, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 15055275 | + | Pennsylvania Housing Finance Agency, KML Law Group, P.C., c/o Matthew Fissel, Esq., 701 Market Street, Suite 5000, Philadelphia PA 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 15108292 | | Email/Text: megan.harper@phila.gov | Mar 04 2026 00:42:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 191021595 |
| 15047734 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 04 2026 00:46:26 | Capital One, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 15059716 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 04 2026 00:46:34 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15047735 | + | Email/Text: mrdiscen@discover.com | Mar 04 2026 00:42:00 | Discover Card, P.O. Box 30939, Salt Lake City, UT 84130-0939 |
| 15071469 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 04 2026 00:46:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15054521 | ^ | MEBN | Mar 04 2026 00:37:52 | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15047736 | + | Email/Text: blegal@phfa.org | Mar 04 2026 00:42:00 | PHFA, 211 North Front Street, P.O. Box 15057, Harrisburg, PA 17105-5057 |
| 15071623 | + | Email/Text: blegal@phfa.org | Mar 04 2026 00:42:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 15067714 | + | Email/Text: bncmail@w-legal.com | Mar 04 2026 00:42:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 15047737 | + | Email/Text: bankruptcy@td.com | Mar 04 2026 00:42:00 | TDRCS/Raymour and Flanigan, 1000 Macarthur Blvd., Mahwah, NJ 07430-2035 |
| 15049132 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Mar 04 2026 00:46:33 | U.S. Department of Housing and Urban Development, The Strawbridge Building, 801 Market Street, 12th Floor, Philadelphia, PA 19107 |

TOTAL: 11

District/off: 0313-2 | User: admin | Page 2 of 2

Date Rcvd: Mar 03, 2026 | Form ID: 155 | Total Noticed: 14

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15055034 | *+ | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15055277 | *+ | Pennsylvania Housing Finance Agency, KML Law Group, P.C., c/o Matthew Fissel, Esq., 701 Market Street, Suite 5000, Philadelphia PA 19106-1541 |
| 15055398 | *+ | Pennsylvania Housing Finance Agency, KML Law Group, P.C., c/o Matthew Fissel, Esq., 701 Market Street, Suite 5000, Philadelphia PA 19106-1541 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2026 | Signature: | /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER G. CASSIE | on behalf of Debtor Kameron Fowlkes ccassie@spearwilderman.com  hbanks@spearwilderman.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| MATTHEW K. FISSEL | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              )
   Kameron Fowlkes                        )                    Case No. 25–13577–amc
                                           )
                                           )
   Debtor(s).                              )                    Chapter: 13
                                           )
                                           )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: February 24, 2026                             For The Court

                                               Ashely M. Chan
                                               Chief Judge, United States Bankruptcy Court