**IN THE UNITED STATES BANKRUPTY COURT**
**FOR THE EASTERN  DISTRICT OF PENNSYLVANIA**

IN RE:

                                    Chapter 13

KAMERON FOWLKES

Debtor                                 Case No.:  25-13577

## CERTIFICATE OF NO RESPONSE

I, CHRISTOPHER G. CASSIE, Esquire, attorney for debtor in the instant case, hereby certify that as of March 31, 2026, I have not received any response or answer to the Motion to Modify Chapter 13 plan Post-Confirmation, filed on behalf of the Debtor, on March 10, 2026.

Date:  March 31, 2026         BY:/s/ Christopher G. Cassie

                                CHRISTOPHER G. CASSIE, ESQUIRE
                                SPEAR WILDERMAN, P.C.
                                230 S. Broad Street, Ste. 1650
                                Philadelphia, PA  19102
                                (215) 732-0101
                                (215) 7342-7790 (fax)
                                ccassie@spearwilderman.com
                                Attorney for Debtor