## U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: KAMERON FOWLKES : CHAPTER 13

Debtor : NO. 25-13577

### ORDER

**AND NOW,** this 21st  day of  April      2026, this matter having been brought before the Court upon Debtor's MOTION TO MODIFY CHAPTER 13 PLAN POST CONFIRMATION,  and a hearing having been held in the matter, and for good cause shown, it is hereby ORDERED and DECREED that Debtor's Motion is granted, and Debtor shall filed an Amended Chapter 13 Plan is modified to provide for payments in the amount of $486.00 per month, for the remaining 41 months of the plan

_____
ASHELY M. CHAN
J.